# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-1700
_____

United States of America

*Plaintiff - Appellee*

v.

Michael Christopher Lewis

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern
_____

Submitted: September 1, 2021
Filed: September 7, 2021
[Unpublished]
_____

Before LOKEN, COLLOTON, and STRAS, Circuit Judges.
_____

PER CURIAM.

Michael Lewis appeals the sentence the district court[1] imposed after he pleaded guilty to drug and firearm offenses. His counsel has moved to withdraw and has filed

_____

[1]The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.

a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

After careful review, we conclude that the district court did not impose an unreasonable sentence, as there was no indication that it overlooked a relevant 18 U.S.C. § 3553(a) factor, or committed a clear error of judgment in weighing relevant factors, <u>see</u> <u>United States v. Salazar-Aleman</u>, 741 F.3d 878, 881 (8th Cir. 2013) (standard of review); and the sentence was below the Guidelines range, <u>see</u> <u>United States v. Moore</u>, 581 F.3d 681, 684 (8th Cir. 2009) (per curiam). Having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion and affirm.

_____